UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LYDIA BELLAHCENE, KHALILAH DICKERSON, :
RICHARD MCDONALD, a minor, by his mother and :  **ORDER REGULATING**
natural guardian, Charmain Linwood, AND JULIE : **PROCEEDINGS**
CAVANAGH, :
: 10 Civ. 221 (AKH)
                              Plaintiff, :
        -against- :
:
CITY OF NEW YORK :
:
                              Defendant. :
------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

    Plaintiffs move, by way of an order to show cause, for a Temporary Restraining Order and Preliminary Injunction enjoining the City from preventing Plaintiffs' planned protest. Based on the findings and conclusions and subject to the regulatory provisions stated on the record, I grant Plaintiffs' motion.

    SO ORDERED.

Dated:   January 15, 2010
          New York, New York

                              ALVIN K. HELLERSTEIN
                              United States District Judge