

**MANDATE**

S.D.N.Y.
10-cv-221
Hellerstein, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/12/2010

# United States Court of Appeals

### FOR THE
### SECOND CIRCUIT

———————————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of January, two thousand ten,

Present:

John M. Walker, Jr.,
Chester J. Straub,
Rosemary S. Pooler,
      *Circuit Judges.*

———————————————————————

Lydia Bellahcene, et al.,

      *Plaintiffs-Appellees,*

     v.                                       10-0118-cv

The City of New York,

      *Defendant-Appellant.*

———————————————————————

Appeal from an order of the United States District Court for the Southern District of New York (Hellerstein, J.).

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the order of the district court be and hereby is VACATED. Protestors will follow the time, place, and manner restrictions as originally proposed by the City, and this case is REMANDED to the District Court with instructions to dismiss the complaint.

                    FOR THE COURT:
                    Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 04/12/2010**