UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LYDIA BELLAHCENE, KHALILAH DICKERSON,
RICHARD MCDONALD, a minor, by his mother and
natural guardian, Charmain Linwood, AND JULIE
CAVANAGH,

**ORDER DISMISSING CASE**

10 Civ. 221 (AKH)

                Plaintiff,

-against-

CITY OF NEW YORK

                Defendant.
------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

       In light of the Court of Appeals' April 12, 2010 mandate ordering dismissal of the complaint, the case is dismissed, and the clerk shall close the case.

       SO ORDERED.

Dated:    April 9, 2013
            New York, New York

                           ALVIN K. HELLERSTEIN
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/13

1